No. 00–7774. FEBO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–7775. GAITHER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–7776. GOMEZ-ALVAREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–7784. MUSSO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–7791. BROWN v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 00–7793. O'HAVER v. GEORGIA DEPARTMENT OF FAMILY AND CHILD SERVICES. Ct. App. Ga. Certiorari denied.

No. 00–7797. BEHR v. RAMSEY, SHERIFF, KANE COUNTY, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–7799. KADONSKY v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–7800. MEDINA-EUSEBIO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7804. SMITH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–7808. SWANN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–7809. RICE v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–7810. MUSE v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 00–7815. J. M. v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.